STATE OF NEW JERSEY v. CHARLES MEEKINS.

December 19, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. RICKEY LEE PETERSON.

December 19, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM H. WATKINS.

December 19, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. STANLEY SIMMONS.

December 19, 1978. Petitions for certification denied.

STATE OF NEW JERSEY v. CHARLES CHATMAN.

December 19, 1978. Petition for certification denied. (See 156 *N. J. Super.* 35)

STATE OF NEW JERSEY v. THOMAS CARROLL.

December 19, 1978. Petition for certification denied.